THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN E. PERRINE, Appellant, *v.* MAURICE E. CONNOLLY, as President of the Borough of Queens, et al., Respondents.

(Submitted May 29, 1916; decided June 6, 1916.)

Motions to amend remittitur and for re-argument denied, without costs. (See 217 N. Y. 570.)